IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., *Plaintiff*, | ) | C.A. No. |
| v. | ) | |
| WALMART INC. *Defendant*. | ) | JURY TRIAL DEMANDED |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Multimedia Technologies Pte. Ltd. ("Multimedia") files this Original Complaint against Defendant Walmart Inc. ("Walmart") for infringement of U.S. Patent Nos. 9,820,003 (the "'003 Patent") and 9,185,324 (the "'324 Patent") (collectively "Asserted Patents") in violation of 35 U.S.C §§ 271(a)–(c) and alleges as follows:

## I. The Parties

1. Multimedia is the assignee and sole owner of all right, title, and interest in the Asserted Patents, which were originally assigned to Flextronics AP, LLC, a subsidiary of Flextronics International Ltd., now Flex Ltd. ("Flex"). The patents cover smart TV user interface, and live TV content discovery and navigation, innovations that came about in the early 2010s after Hisense Group, a Chinese electronics maker, asked Flex to design smart TVs for Hisense. Multimedia is a company organized under the laws of Singapore, having an registered address at 160 Robinson Road, #24-09, SBF Center, Singapore, 068914.

2. Walmart, a well-known omnichannel retailer, markets consumer electronics merchandise under its private brand "onn." (or "Onn"). Onn-branded consumer electronics sold in Walmart's retail and online stores includes (a) smart TVs featuring the Roku TV platform built directly into the television (collectively, "Onn Roku TVs"); (b) smart TVs

featuring the Google TV platform built directly into the television (collectively, "Onn Google TVs"); and (c) boxes, sticks, and other streaming devices featuring the Google TV platform built in (collectively, "Onn Streaming Device Google TVs"). Walmart is Delaware corporation with its principle executive offices at 1 Customer Drive, Bentonville, Arkansas. Walmart may be served with process through its registered agent, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## II. Jurisdiction and Venue

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under federal patent law, 35 U.S.C. §§ 1 *et seq*.

4. This Court has personal jurisdiction over Walmart pursuant to due process and the Texas Long Arm Statute, and venue is proper under the Patent Venue Statute, 28 U.S.C. § 1400(b), at least because: Walmart has maintained and continues to maintain hundreds of regular and established places of business throughout the State of Texas in the form of Supercenters or other retail stores whose general merchandise assortments include on or more of the Onn-branded consumer electronics that are subject of this suit. Walmart maintains at least 16 such retail stores in this Judicial District, including in Plano (5), McKinney (3), Longview (3), Marshall (1), Sherman (1), Lindale (1), and Mount Pleasant (1). Through its retail stores in Texas and in this Judicial District, Walmart stocks, displays, markets, offers to sell, sells, and distributes one or more of the Onn-branded consumer electronics that are the subject of this suit to buyers in Texas and this Judicial District year round. Additionally, Walmart has sold and delivered and continues to sell and deliver the at-issue Onn-branded consumer electronics to buyers in Texas and this Judicial District in fulfilment of orders placed over the internet.

## III. Flex's Smart TV Development Venture and the Hisense VIDAA TV

5. In the late 2000s, the concept of television was rapidly evolving. More and more, it was becoming common to see connected televisions that could receive video-on-demand content, applications, and media from the Internet or from local or network storage locations. These capabilities expanded what a television could do. But they also created a new engineering problem: different kinds of content and information originated from different sources and services, while the television still had to present them through a coherent interface suitable for viewing and controlling from across a room. Internet-connected TVs and early Smart TVs often enabled these new capabilities using interfaces and designs that were complex, computer-like, and poorly suited to the traditional live TV experience.

6. At the time, Flex was a global electronics design and manufacturing company that had assembled engineering and product-design capabilities for developing complete consumer-electronics products. Hisense was an established television manufacturer seeking to develop a new generation of smart televisions.

7. After gaining familiarity with Flextronics' product development capabilities, Hisense asked Flextronics to design smart TVs for Hisense.

8. In or about January 2012, Flex and Hisense formed Jamdeo, a joint venture through which designers and engineers from the two companies worked together on the new television platform and Hisense products that would use it. The team of designers and engineers included, among others, Sanjiv Sirpal, John Visosky, and Mikhail Shoykher, the latter two of which are inventors on one or both of the '003 and '324 Patents.

9. The Jamdeo effort began with the premise that simply adding more applications and internet functions to a television would not solve the problem. They needed

an architecture and user experience capable of bringing together live television, video-on-demand programming, applications, electronic program information, and other media without requiring the viewer to manage each underlying source as a separate computing environment.

10. Rather than treating the television as a personal computer, the engineering team approached the television as a television and sought to reduce the time and complexity required to find content, obtain information about it, and move among different types and sources of programming.

11. Thus, the resulting platform introduced an application panel display management system to present the user with information related to actively streamed content and the application in which it is being viewed without interrupting or obstructing the streamed content. The resulting content- and context-aware application panels provided a consistent minimally invasive user interface experience across live TV, video-on-demand (VOD), and other types of applications. The resulting platform also employed a plug-in-based software architecture for aggregating program guide information from live TV and cloud-based sources for display in a common application, including, for example, an EPG display application.

12. As a result of Jamdeo's efforts, Hisense publicly introduced its VIDAA smart television in Beijing in April 2013. Flex subsequently applied for and was granted several patents, including the Asserted Patents.

**IV. The '003 and '324 Patents**

13. On November 19, 2015, John Visosky and five Flextronics co-inventors filed U.S. Patent Application No.14/945,612, which is the continuation parent application to U.S.

Patent Application No. 13/968,709,[1] entitled "APPLICATION PANEL MANAGER," which issued on November 14, 2017 as the '003 Patent. The '003 Patent claims priority to 16 provisional patent applications filed in the United States between August 2012 and March 2013, including U.S. Provisional Patent Application Ser. Nos. 61/684,672 filed Aug. 17, 2012, "Smart TV"; 61/702,650 filed Sep. 18, 2012, "Smart TV"; 61/697,710 filed Sep. 6, 2012, "Social TV"; 61/700,182 filed Sep. 12, 2012, "Social TV Roadmap"; 61/736,692 filed Dec. 13, 2012, "SmartTV"; 61/798,821 filed Mar. 15, 2013, "SmartTV"; 61/804,942 filed Mar. 25, 2013, "SmartTV"; 61/804,998 filed Mar. 25, 2013, "SmartTV"; 61/804,971 filed Mar. 25, 2013, "SmartTV"; 61/804,990 filed Mar. 25, 2013, "SmartTV"; 61/805,003 filed Mar. 25, 2013, "SmartTV"; 61/805,053 filed Mar. 25, 2013, "SmartTV"; 61/805,030 filed Mar. 25, 2013, "SmartTV"; 61/805,027 filed Mar. 25, 2013, "SmartTV"; 61/805,042 filed Mar. 25, 2013, "SmartTV"; and 61/805,038 filed Mar. 25, 2013, "SmartTV." A copy of the '003 Patent is attached as **Exhibit A** to Multimedia's Original Complaint for Patent Infringement and is incorporated herein by reference.

14. On August 19, 2013, Mikhail Shoykher, John Visosky, and two additional co-inventors filed U.S. Patent Application No. 13/970,234, entitled "SOURCING EPG DATA," which issued on November 10, 2015 as the '324 Patent. The '324 Patent claims priority to the same 16 provisional patent applications identified in the preceding paragraph. A copy of the '324 Patent is attached as **Exhibit B** to Multimedia's Original Complaint for Patent Infringement and is incorporated herein by reference.

15. The '003 and '324 Patents were originally assigned to Flextronics AP, LLC, a subsidiary of Flex, and describe and claim innovations that arose in connection with Flex's

[1] U.S. Patent Application No. 13/968,709 was filed on August 16, 2013.

smart TV design and engineering venture Jamdeo.

16. In or about December of 2022, Multimedia entered into a deal with Flex to acquire a portfolio of smart TV patents that arose in connection with the Jamdeo venture, including the ’003 and ’324 Patents.

17. On or about December 15, 2022, Flextronics AP, LLC assigned the ’003 and ’324 Patents to Multimedia as part of a broader patent purchase agreement.

**V. Walmart’s Interactions With Multimedia and the Patents**

18. Walmart and Multimedia were not strangers before Multimedia filed this patent infringement action. On March 24, 2023, Multimedia sued Vizio, Inc. in the United States District Court for the Eastern District of Texas involving smart TV patents acquired from Flex. At the time, Walmart was actively marketing and selling Onn Roku TVs and was in the early stages of releasing and marketing Onn Streaming Device Google TVs.

19. On or about February 20, 2024, while Multimedia’s patent infringement action against Vizio was pending, Walmart announced that it had entered into an agreement to acquire Vizio for approximately $2.3 billion.

20. Walmart completed its acquisition of Vizio on or about On December 3, 2024, and Vizio became a wholly owned subsidiary of Walmart as of that date. Accordingly, throughout 2025, Walmart owned Vizio while Multimedia’s patent infringement action against Vizio remained pending.

21. During 2025, Multimedia and Walmart had multiple direct communications concerning Multimedia’s patent portfolio and the resolution of Multimedia’s patent infringement action against Walmart’s subsidiary Vizio.

22. During that period, Multimedia’s EVP Licensing, Brad Close, had multiple

discussions with Megan Redmond, Walmart's lead litigation counsel, concerning the Vizio litigation and its potential resolution.

23. On or about December 1, 2025, Multimedia sent Walmart a written notice concerning Walmart's use of Multimedia's patented technology. The letter was directed to Ms. Redmond and advised Walmart that Multimedia owned, by assignment, a substantial portfolio of smart TV patents developed by Flex. The letter further advised Walmart that Multimedia believed Walmart was using its patented technology without a license and identified Walmart's Onn smart televisions as products of concern.

24. On or about December 1, 2025, Multimedia also provided Walmart with an attachment identifying the patents in Multimedia's smart TV portfolio. That attachment expressly identified the '324 Patent and the '003 Patent.

25. On or about December 22, 2025, Multimedia and Walmart entered into a license agreement in connection with the resolution of Multimedia's suit against Vizio.

26. While the exact terms of the license agreement between Multimedia and Walmart remain confidential, the agreement did not grant Walmart a license under the '324 and '003 Patents to make, use, sell, offer to sell, or import Onn-branded TVs or streaming devices that did not use the Vizio platform.

## VI. Walmart's Onn Roku TVs

27. Walmart imports, markets, sells, or distributes Onn Roku TVs into or in the United States and has continued to do so even after becoming aware of the Asserted Patents and the substantial risk of infringement. Each Onn Roku TV includes a TV remote.

28. Walmart has, at one or more times between November 2019 and the present, marketed, distributed, or supported Onn Roku TVs in the United States under one or more

of the following names, marketing descriptions, model numbers, product codes, web pages, and spec sheets:

Onn 24" 720p HD Roku TV, MODEL: 100012590, UPC: 681131308243, https://roku.onntvsupport.com/24-720p-hd-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_24in_720PHD_100012590_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 32" 1080p Building Block Roku TV - Gray, MODEL: TVBBGRY36014570, UPC: 194346143931, https://www.walmart.com/ip/32-onn-FHD-ROKU-TV-Building-nbsp-Blocks-Gray/15928254126 (last visited October 7, 2026), https://roku.onntvsupport.com/32-1080p-building-block-roku-tv-gray (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/TVBBGRY36014570_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 32" 1080p Building Block Roku TV - Green, MODEL: TVBBGRN36014570, UPC: 194346143948, https://www.walmart.com/ip/32-onn-FHD-ROKU-TV-Building-nbsp-Blocks-Green/15907700990 (last visited October 7, 2026), https://roku.onntvsupport.com/32-1080p-building-block-roku-tv-green (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/TVBBGRN36014570_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 32" 1080p Building Block Roku TV - White, MODEL: TVBBWTE36014570, https://www.walmart.com/ip/32-onn-FHD-ROKU-TV-Building-nbsp-Blocks-White/15949465248 (last visited October 7, 2026), https://roku.onntvsupport.com/32-1080p-building-block-roku-tv-white (last visited October 7, 2026);

Onn 32" 1080p FHD Roku TV, MODEL: 100122566, UPC: 194346143801, https://roku.onntvsupport.com/32-1080p-fhd-roku-tv-0 (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_32in_1080PFHD_100122566_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 32" 1080P FHD Tabletop Roku TV, MODEL: TVWTE36014318, UPC: 194346143856, https://roku.onntvsupport.com/32-1080p-fhd-tabletop-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/TVWTE36014318_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 32" 720p HD Roku TV, MODEL: 100012589, UPC: 681131308250, https://roku.onntvsupport.com/32-720p-hd-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_32in_720PHD_100012589_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 40" 1080p FHD ROKU TV, MODEL: 100058007, UPC: 681131003650, https://roku.onntvsupport.com/40-1080p-fhd-roku-tv-1 (last visited October 7, 2026),

https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_40in_1080PFHD_100058007_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 42" 1080p FHD Roku TV, MODEL: 100068372, UPC: 681131003667, https://roku.onntvsupport.com/42-1080p-fhd-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_42in_1080PFHD_100068372_SpecSheet.pdf (last visited October 7, 2026);

Onn 43" 1080p FHD Roku TV, MODEL: 100133209, UPC: 194346143795, https://roku.onntvsupport.com/43-1080p-fhd-roku-tv-1 (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_43in_1080PFHD_100133209_SpecSheet.pdf (last visited October 7, 2026);

Onn 43" 4K UHD HDR10 Roku TV, MODEL: 100012584, UPC: 681131308267, https://roku.onntvsupport.com/43-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_43in_4KUHD_100012584_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 50" 4K UHD HDR10 Roku TV, MODEL: 100012585, UPC: 681131308274, https://roku.onntvsupport.com/50-4k-uhd-hdr10-roku-tv-0 (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_50in_4KUHD_100012585_SpecSheet_1.pdf (last visited October 7, 2026);

Onn 55" 4K UHD HDR10 Roku TV, MODEL: 100012586, UPC: 681131308281, https://roku.onntvsupport.com/55-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_55in_4KUHD_100012586_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 65" 4K UHD HDR10 Roku TV, MODEL: 100012587, UPC: 681131308289, https://roku.onntvsupport.com/65-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_65in_4KUHD_100012587_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 70" 4K UHD HDR10 Roku TV, MODEL: 100012588, UPC: 681131308304, https://roku.onntvsupport.com/70-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_70in_4KUHD_100012588_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 75" 4K UHD HDR10 Roku TV, MODEL: 100044717, UPC: 681131379120, https://roku.onntvsupport.com/75-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_75in_4KUHD_100044717_SpecSheet.pdf (last visited October 7, 2026);

Onn 85" 4K UHD HDR10 Roku TV, MODEL: 100150805, UPC: 194346143818, https://roku.onntvsupport.com/85-4k-uhd-hdr10-roku-tv (last visited October 7, 2026),

https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_85in_4KUHD_100150805_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 86" 4K UHD HDR10 Roku TV, MODEL: 100131895, UPC: 681131003834, https://roku.onntvsupport.com/86-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_86in_4KUHD_100131895_SpecSheet_0.pdf (last visited October 7, 2026); and

Onn 98" 4K UHD HDR10 Roku TV, MODEL: 100146865, UPC: 194346143771, https://roku.onntvsupport.com/98-4k-uhd-hdr10-roku-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_98in_4KUHD_100146865_SpecSheet.pdf (last visited October 7, 2026).

29. In addition, Walmart has, at one or more times between November 2019 and the present, marketed, distributed, or supported past models of Onn Roku TVs in the United States under one or more of the following names, marketing descriptions, model numbers, product codes, web pages, and spec sheets:

Onn 32" 1080P FHD Roku TV, MODEL: 100122566, UPC: 194346143801, https://roku.onntvsupport.com/past-models#:~:text=100122566-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_32in_1080PFHD_100122566_SpecSheet_1.pdf (last visited October 7, 2026);

Onn 39" 720P HD Roku TV, MODEL: 100074926, UPC: 681131003766, https://roku.onntvsupport.com/sites/default/files/pdf/100074926/100074926_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 40" 1080p FHD Roku TV, MODEL: 100058007, UPC: 681131003650, https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_40in_1080PFHD_100058007_SpecSheet_1.pdf (last visited October 7, 2026);

Onn 40" 1080p FHD Roku TV, MODEL: 100097810, UPC: 681131003810, https://roku.onntvsupport.com/sites/default/files/pdf/100097810/100097810_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 40" FHD Roku LED TV, MODEL: 100005842, UPC: 681131284523, https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005842_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 40" FHD Roku LED TV, MODEL: 100005395, UPC: 681131284240, https://roku.onntvsupport.com/past-models#:~:text=100005395-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026),

https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005395_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 42" FHD Roku LED TV, MODEL: 100068372, https://roku.onntvsupport.com/past-models#:~:text=100068372-,Warranty%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026);

Onn 43" FHD 1080p Roku TV, MODEL: 100069992, UPC: 681131003698, https://roku.onntvsupport.com/past-models#:~:text=100069992-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026),

https://roku.onntvsupport.com/sites/default/files/pdf/100069992/100069992_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 43" 1080p FHD Roku TV, MODEL: 100133209, UPC: 194346143795, https://roku.onntvsupport.com/past-models#:~:text=100133209-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/RokuTV_43in_1080PFHD_100133209_SpecSheet_0.pdf (last visited October 7, 2026);

Onn 50" 4K UHD HDR10 Roku TV, MODEL: 100097811, UPC: 681131003827, https://roku.onntvsupport.com/past-models#:~:text=100097811-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100097811/100097811_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 50" 4K UHD HDR10 Roku TV, MODEL: 100133204, UPC: 681131003902, https://roku.onntvsupport.com/past-models#:~:text=100133204-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100133204/100133204_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 50" QLED 4K UHD HDR10 Frameless Roku TV, MODEL: 100071700, UPC: 681131003711, https://roku.onntvsupport.com/past-models#:~:text=100071700-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100071700/10007170_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 50" UHD Roku LED TV, MODEL: 100005396, UPC: 681131284257, https://roku.onntvsupport.com/past-models#:~:text=100005396-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005396_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 50" UHD Roku LED TV, MODEL: 100005843, UPC: 681131284530, https://roku.onntvsupport.com/past-models#:~:text=100005843-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005843_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 50" UHD Roku LED TV, MODEL: 100007147, UPC: 681131307741, https://roku.onntvsupport.com/past-models#:~:text=100007147-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100007147_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 55" QLED 4K UHD HDR10 Frameless Roku TV, MODEL: 100071701, UPC: 681131003728, https://roku.onntvsupport.com/past-models#:~:text=100071701-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100071701/100071701_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 58" 4K UHD HDR10 Roku TV, MODEL: 100069454, UPC: 681131003681, https://roku.onntvsupport.com/past-models#:~:text=100069454-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100069454/100069454_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 58" UHD Roku LED TV, MODEL: 100005397, UPC: 681131284264, https://roku.onntvsupport.com/past-models#:~:text=100005397-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005397_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 58" UHD Roku LED TV, MODEL: 100005844, UPC: 681131284547, https://roku.onntvsupport.com/past-models#:~:text=100005844-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/past-models/100005844_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 65" QLED 4K UHD HDR10 Frameless Roku TV, MODEL: 100071705, UPC: 681131003735, https://roku.onntvsupport.com/past-models#:~:text=100071705-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100071705/100071705_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 70" 4K UHD HDR10 Roku TV, MODEL: 100068378, UPC: 681131003674, https://roku.onntvsupport.com/past-models#:~:text=100068378-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/100068378_Spec_Sheet_0.pdf (last visited October 7, 2026);

Onn 70" QLED 4K UHD HDR10 Frameless Roku TV, MODEL: 100071708, UPC: 681131003742, https://roku.onntvsupport.com/past-models#:~:text=100071708-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100071708/1000171708_Spec_Sheet.pdf (last visited October 7, 2026); and

Onn 75" QLED 4K UHD HDR10 Frameless Roku TV, MODEL: 100071709, UPC: 681131003759, https://roku.onntvsupport.com/past-models#:~:text=100071709-,Spec%20Sheet,Quick%20Start%20Guide (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/pdf/100071709/1000171709_Spec_Sheet.pdf (last visited October 7, 2026).

30. Each Onn Roku TV is capable of communicating over the internet through a local-area network and comprises a processor, memory (RAM), internal storage, a display, an interface for receiving signals from an associated remote control, and built-in software, including the Roku OS. Upon information and belief, generally speaking, Roku OS is Roku's purpose-built software platform for streaming televisions and manages the television's hardware and network communications while providing the software environment in which Roku applications execute. Roku OS also provides the user-facing Roku TV experience through which a user can access and navigate live television inputs, streaming applications, video-on-demand programming, and other content. The processor executes Roku OS and associated Roku software to provide the system's content presentation, discovery, selection, and navigation functionality.

31. The intended use of each Onn Roku TV includes displaying live TV content and, using an associated TV remote control, discovering and navigating streaming and live TV content from various online sources in applications surfaced through the built-in Roku TV user interface.

32. For example, Walmart made the following statements concerning one or more of its Onn Roku TVs.

> This onn 32 in class Smart Roku TV brings a playful look to a kid's room, playroom, or other fun space with its green building block bezel design. The 31.5 in actual diagonal screen delivers 1080p Full HD picture quality for clear everyday viewing, and Dolby Audio adds fuller sound to shows, movies, and games. Roku is built in, so you can stream favorite apps, watch live TV, and browse from one simple home screen. Control is easy with the included Roku remote, and you can also use the free Roku mobile app on your phone.
>
> - 32 in class LED TV with a 31.5 in actual diagonal screen and 1920 x 1080 Full HD resolution.

- Scratch-resistant tempered glass screen helps this TV stand up to higher-wear spaces.

- 60 Hz refresh rate supports smooth motion while watching sports or gaming.

- Built-in Roku platform includes a customizable home screen, plus control from the included remote with batteries or the Roku mobile app.

- Setup-friendly design with 3 HDMI connections, Wi-Fi support, and VESA 200 x 200 wall-mount compatibility.

- In the box: 1 onn Roku TV 32 in, 1 Roku TV remote control with batteries included, 1 Quick Start Guide, and 1 TV stand + hardware. Building Blocks sold separately.

*See Walmart. onn 32 in 1080p FHD Building Block Smart Roku TV, Green, TVBBGRN36014570*. https://www.walmart.com/ip/32-onn-FHD-ROKU-TV-Building-nbsp-Blocks-Green/15907700990 (last visited October 7, 2026).

33. Walmart has made the following statements concerning one or more of its Onn Roku TVs.

> Binge on movies and TV episodes, news, sports, music and more! We insisted on 4K Ultra High Definition for this 70” LED TV, bringing out more lifelike color, texture and detail than ever before. We also partnered with Roku to bring you the best possible content with thousands of channels to choose from, conveniently presented through your own customizable home screen. Watch via cable, satellite, HDTV antenna or just start streaming from your favorite app. Like the sound of your own voice You can actually use it with the Roku mobile app to search for a title, artist, actor or director, or just go old-school with our handy remote. We handle all software updates too, automatically, so all you have to worry about is what to watch. Lose yourself in the ultimate viewing experience. Watch on with our onn. 4K UHD 70” Smart TV. We’re onn. to something here. We took the hassle out of buying electronics and built a brand that’s fresh and simple. With delightful pops of color, finding the right product has never been easier. Say goodbye to stressful decision-making and fear of the electronics aisle. Our mission is simple… to deliver great products and make it easy. Choose onn. and get back to using your brainpower for the important things in life like pondering the question, “What should I binge watch this weekend?”

- 70" (69.5" actual diagonal) 2160p UHD LED TV
- 4K (2160p) Resolution - Crystal clear picture, bringing out more lifelike color, texture and detail
- Roku Smart TV - wirelessly stream 500,000+ movies and TV episodes available across thousands of free or paid channels, conveniently presented through your own customizable home screen
- Free Mobile App - Can't find your remote? Use the Roku mobile app on your smartphone for browsing channels or voice control
- Smart Home Ready - Works with Apple Home, Amazon Alexa, and Google Home
- 60hz Refresh Rate - Smooth motion while gaming or watching sports
- VESA Mount Compatible: 400 x 200 mm
- Connections: 3 HDMI, 1 composite, 1 USB, 1 LAN, 1 coaxial/cable, 1 optical and 1 headphone
- What's in the box? 1 onn. Roku TV 70", 1 Roku TV remote control (batteries included), 1 Quick Start Guide and 1 TV stand + hardware.

*See Walmart. Open Box onn. 70" Class 4K UHD (2160P) LED Roku Smart Television HDR (100012588).* https://www.walmart.com/ip/Open-Box-onn-70-Class-4K-UHD-2160P-LED-Roku-Smart-Television-HDR-100012588/15638854083 (last visited October 7, 2026).

34. On information and belief, one or more of the Onn Roku TVs are manufactured or have been manufactured by Element TV Company, LP.

35. Walmart began selling and importing Onn Roku TVs in or about November of 2019 and has continued to do so even after becoming aware of the Asserted Patents and the substantial risk of potential infringement.

## VII. Walmart's Onn Google TV Systems

36. Walmart imports, markets, sells, or distributes Onn Google TVs and Onn Streaming Device Google TVs (collectively, "Onn Google TV Systems") into or in the United

States and has continued to do so even after becoming aware of the Asserted Patents and the substantial risk of infringement. Each Onn Google TV System includes a TV remote.

37. Walmart has, at one or more times between January 2026 and the present, marketed, distributed, or supported Onn Google TVs in the United States under one or more of the following names, marketing descriptions, model numbers, product codes, web pages, and spec sheets:

Onn 55" Mini-LED QLED 4K UHD Smart Google TV, MODEL: 55SMQP4GSB1, UPC: 194346610037, https://www.walmart.com/ip/onn-55-Google-TV-4k-2160p-Mini-QLED-144hz/18832250347 (last visited October 7, 2026), https://roku.onntvsupport.com/55-mini-led-qled-4k-uhd-smart-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/ON25_158719_Onn%20Google%20TV_SpecSheet_55%20Mini-LED%20QLED%204K.pdf (last visited October 7, 2026);

Onn 55" QLED 4K UHD Smart Gaming Google TV, MODEL: 55SGQP4GSB1, UPC: 194346610013, https://www.walmart.com/ip/onn-55-Google-TV-4k-2160p-QLED-Gaming-144hz-AMD-Free-Sync/18829970283 (last visited October 7, 2026), https://roku.onntvsupport.com/55-qled-4k-uhd-smart-gaming-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/55SGQP4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 55" QLED 4K UHD Smart Google TV, MODEL: 55SQ4GSB1, UPC: 194346610037, https://www.walmart.com/ip/onn-55-Google-TV-4k-2160p-QLED/18810451726 (last visited October 7, 2026), https://roku.onntvsupport.com/55-qled-4k-uhd-smart-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/55SQ4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 65" Mini-LED QLED 4K UHD Smart Google TV, MODEL: 65SMQP4GSB1, UPC: 194346610006, https://www.walmart.com/ip/onn-65-Google-TV-4k-2160p-Mini-QLED-144hz/18830117872 (last visited October 7, 2026), https://roku.onntvsupport.com/65-mini-led-qled-4k-uhd-smart-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/65SMQP4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 65" QLED 4K UHD Smart Gaming Google TV, MODEL: 65SGQP4GSB1, UPC: 194346610020, https://www.walmart.com/ip/onn-65-Google-TV-4k-2160p-QLED-Gaming-144hz-AMD-Free-Sync/18832300350 (last visited October 7, 2026), https://roku.onntvsupport.com/65-qled-4k-uhd-smart-gaming-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/65SGQP4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 65" QLED 4K UHD Smart Google TV, MODEL: 65SQ4GSB1, UPC: 194346610044, https://www.walmart.com/ip/onn-65-Google-TV-4k-2160p-QLED/18843465446 (last visited October 7, 2026), https://roku.onntvsupport.com/65-qled-4k-uhd-smart-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/65SQ4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 75" QLED 4K UHD Smart Google TV, MODEL: 75SQ4GSB1, UPC: 194346610051, https://www.walmart.com/ip/onn-75-Google-TV-4k-2160p-QLED/18852768935 (last visited October 7, 2026), https://roku.onntvsupport.com/75-qled-4k-uhd-smart-google-tv (last visited October 7, 2026), https://roku.onntvsupport.com/sites/default/files/products/docs/75SQ4GSB1_Spec_Sheet.pdf (last visited October 7, 2026);

Onn 55" The Fresco Art Gallery 4K UHD Google TV with Gemini, Walnut Frame, https://www.walmart.com/ip/ONN-55-TV-WALNUT/19586559381 (last visited October 7, 2026);

Onn 55" The Fresco Art Gallery 4K UHD Google TV with Gemini, Golden Brown Frame, https://www.walmart.com/ip/ONN-55-TV-BROWN/19668305827 (last visited October 7, 2026); and

Onn 65" The Fresco Art Gallery 4K UHD Google TV with Gemini, Walnut Frame, https://www.walmart.com/ip/ONN-65-TV-WALNUT/19668305829 (last visited October 7, 2026).

38. Walmart has, at one or more times between May 2023 and the present, marketed, distributed, or supported Onn Streaming Device Google TVs in the United States under one or more of the names Onn 4K Streaming Device with Google TV, Onn Full HD Streaming Device with Google TV, Onn 4K Pro Streaming Device with Google TV, Onn 4K Plus Streaming Device with Google TV, as well as under one or more of the following names, marketing descriptions, model numbers, product codes, web pages, and spec sheets:

onn Full HD Streaming Device, Google TV - Fast Streaming, 8GB Storage, 1.5GB RAM, Remote with Voice Control, https://www.walmart.com/ip/onn-Google-TV-Full-HD-Streaming-Device-New-2023/2262757145 (last visited October 7, 2026);

onn 4K Streaming Device, Google TV - Fast Streaming, Ultra HD, 8GB Storage, 2GB RAM, Remote with Voice Control, https://www.walmart.com/ip/ONN-4K-STREAMINGBOX/16641817510 (last visited October 7, 2026);

onn 4K Plus Streaming Device, Google TV - Ultra-fast Streaming, Stunning 4K UHD, 16GB Storage, 2GB RAM, Dolby Vision & Atmos, Remote with Voice

Control, https://www.walmart.com/ip/ONN-4K-PLUS/15557424949 (last visited October 7, 2026);

onn 4K Streaming Device, Google TV - Fast Streaming, Ultra HD, 8GB Storage, 2GB RAM, Remote with Voice Control, https://www.walmart.com/ip/onn-Google-TV-4K-Streaming-Box-New-2023-4K-UHD-Resolution/2835618394 (last visited October 7, 2026);

onn 4K Streaming Device, Google TV with Gemini (NEW 2026 Model) - Fast Streaming, Ultra HD, 8GB Storage, 2GB RAM, Remote With Voice Control, https://www.walmart.com/ip/ONN-4K-STREAMING/18355665352 (last visited October 7, 2026); and

onn 4K Pro Streaming Device, Google TV with Gemini (NEW 2026 Model) - Ultra-fast Streaming, Stunning 4K UHD, 32GB Storage, 3GB RAM, Dolby Vision & Atmos, Find My Remote with Backlight, Ethernet Port, https://www.walmart.com/ip/4K-PRO-STREAMING/18382213962 (last visited October 7, 2026).

39. Each Onn Google TV System, including each Onn Google TV and each Onn Streaming Device Google TV, is capable of communicating over the internet through a local-area network and comprises a processor, memory (RAM), internal storage, a display or display-output interface (e.g., HDMI), an interface for receiving signals from an associated remote control, and built-in software, including the Android TV OS, Google TV platform, and Google Play services. Upon information and belief, generally speaking, (i) Android TV OS is the underlying operating system that manages the device's hardware and provides the software platform on which applications and other software execute; (ii) Google TV is the software that provides the user-facing experience that organizes and presents live TV, video on demand, applications, and other content for discovery and navigation; and (iii) Google Play services provide applications and other software on the device with access to Google functionality and services. The processor executes the Android TV OS and Google TV software, including the LauncherX, which operate together with associated Google services to provide the system's content discovery and navigation functionality.

40. The intended use of each Onn Google TV System includes displaying live TV content and, using an associated TV remote control, discovering and navigating streaming and live TV content from various online sources in applications surfaced through the built-in Google TV user interface.

41. For example, Walmart made the following statements concerning one or more of its Onn Streaming Device Google TVs.

> Upgrade your existing TV to enjoy 4K streaming with the onn Google TV 4K Streaming Device. It's the affordable way to unlock a world of breathtaking entertainment. Experience stunning 4K UHD visuals with Dolby Vision and HDR10+ support, delivering incredible contrast, vibrant colors, and dynamic range to your favorite movies and shows. Immerse yourself in theater-quality, multidimensional sound with Dolby Audio. Navigating your entertainment is effortless with Google TV, seamlessly organizing your content in one convenient place. Access a universe of over 700,000 movies and shows, plus 10,000+ apps, including Netflix, YouTube, Disney+, and over 800 free live TV channels. Finding what you want is a breeze with the voice remote featuring Google Assistant – simply speak to search for shows, control your TV, and get instant answers. Enjoy ample storage with 2GB of RAM for efficient multitasking and smoother performance, plus 8GB of storage for your apps and content. Stay connected with dual-band Wi-Fi connectivity supporting 2.4/5GHz 802.11a/b/g/n/ac MIMO for reliable streaming. The onn 4K Streaming Device connects easily via HDMI and is powered through Micro USB. Setup is quick and easy with everything you need included in the box: the 4K Streaming Device, remote control (2 AAA batteries), HDMI cable (3.28ft), AC adapter, and Quick Start Guide. This device is for use in the USA & Puerto Rico only. Some apps, content, and/or features may not be available in all countries. Subject to availability. Subscription, download, or purchase may be required for viewing. To view content in 4K, a 4K-capable TV and reliable broadband internet connection are required.

*See Walmart. onn 4K Streaming Device, Google TV - Fast Streaming, Ultra HD, 8GB Storage, 2GB RAM, Remote with Voice Control*. https://www.walmart.com/ip/ONN-4K-STREAMINGBOX/16641817510 (last visited September 30, 2026).

42. Walmart has made the following statements concerning one or more of its Onn Google TVs.

> This onn 55 in QLED 4K UHD Google TV brings sharp picture detail and easy streaming together in one screen. QLED color and 4K UHD resolution help movies, shows, and sports look bright and clear, while HDR10 support adds another layer of picture detail. Google TV organizes entertainment in one place, with access to 700,000+ movies and TV episodes across 10,000+ apps, plus 1,700+ free channels. You can stream with built-in Wi-Fi right out of the box, use your voice to search and control the TV with Google, or cast from your phone or tablet with Google Cast. Dolby Audio and DTS:X add fuller sound for everyday watching, and personalized profiles help make the experience feel more tailored for each person at home.

*See Walmart. Onn 55 in QLED 4K UHD Google TV, 55SQ4GSB1*. https://www.walmart.com/ip/onn-55-Google-TV-4k-2160p-QLED/18810451726 (last visited September 30, 2026).

43. On information and belief, one or more of the Onn Google TV Systems are manufactured by Shenzhen KTC Technology Co., Ltd.

44. Walmart began selling and importing Onn Google TVs in or about the first quarter of 2026 even after becoming aware of the Asserted Patents and the substantial risk of potential infringement.

45. Walmart began selling and importing Onn Streaming Device Google TVs in or about May of 2023 and has continued to do so even after becoming aware of the Asserted Patents and the substantial risk of potential infringement.

## VIII. COUNT I (Infringement of U.S. Patent No. 9,820,003 – Onn Google TV Systems)

46. Multimedia repeats, realleges, and incorporates by reference each of the preceding paragraphs as though set forth in this paragraph.

47. Walmart, by itself or through its subsidiaries or agents, has directly infringed, literally or under the doctrine of equivalents, one or more claims of the ’003 Patent in violation of 35 U.S.C. § 271(a) by using, selling, offering for sale, and importing the Onn Google TV Systems, including the Onn Google TVs and Onn Streaming Device Google TVs, in and into

the United States and within this District.

48. By way of example, Walmart has directly infringed at least claim 17 of the ’003 Patent, which provides:

(17.0) A non-transitory computer readable information storage media having stored thereon instructions, that when executed by one or more processors, cause to be performed:

(17.1) displaying live TV content on the intelligent TV;

(17.2) detecting a request to invoke the application panel based on a selection of an application panel button on a remote control associated with the intelligent TV;

(17.3) in response to the request, detecting the displayed content on the intelligent TV;

(17.4) determining, based on the detected displayed content, a type of content being displayed, wherein the type of content is at least one of an application and a video on demand,

(17.5) displaying the application panel on the intelligent TV, wherein the application panel covers at least a portion of the displayed content;

(17.6) in response to the request, detecting context information, wherein the context information is based at least on the determined type of displayed content and a location of the display of the application panel, wherein the location is along at least one edge of the display, wherein the application panel is associated with a silo, wherein the silo is at least one of a Live TV silo, an on-demand silo, and an applications silo;

(17.7) determining an information to display in the application panel based on both of the displayed content on the intelligent TV and the context information, wherein the determined information includes one or more of an information portion, a new portion, a recommended portion, a genre portion, an electronic program guide, a category portion, a favorites portion and a search portion; and

(17.8) displaying the determined information in the application panel on a display of the intelligent TV.

49. By way of example, Walmart has directly infringed the ’003 Patent and continues to do so by using, selling, offering for sale, and importing the Onn Google TV Systems, including the Onn Google TVs and Onn Streaming Device Google TVs, which embody each element of claim 17. For example, upon information and belief, each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor,

or other display), comprises tangible, non-transitory internal storage containing microprocessor-executable instructions (Google TV software and installed services) that, when executed by the device's processor, causes the performance of each of the elements recited in claim 17 of the '003 Patent.

50. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of displaying live TV content on the intelligent TV. Each Onn Google TV System includes and has included a built-in Google TV Freeplay application which offers hundreds of channels of live linear TV content for display on the TV.

**"Apps" tab shows installed Live TV apps**




**Built-in Google TV Freeplay app shows live TV channels**




**"Live" tab shows what's "On now"**




**"Live" tab shows unified interactive program guide**




51. For example, each Onn Google TV Systems displays live TV content through the built-in Google TV Freeplay application.




Freeplay Live channel selection




The Dan Patrick Show displayed on TV

Onn Google TV Systems display live TV content provided through Google TV Freeplay. As shown, devices can display The Dan Patrick Show on a live TV channel viewed in Google TV Freeplay's live TV section.

If you're in the United States, the "Live" section of your home screen includes live channels from Google TV Freeplay. You can get more live TV when you add service providers and complete the necessary steps.

**Watch live TV from Google TV Freeplay**

Google TV comes with live TV channels at no charge and with no app installation, sign-up, or subscription needed. You can browse Google TV Freeplay channels in the "Live" tab, your recommendations, or the Google TV Freeplay app. Google TV Freeplay requires the up-to-date software for Google TV. If Google TV Freeplay doesn't work, follow the instructions under "Check for app updates" on how to fix a slow or laggy Google TV device. Make sure you have the latest version of the "Google TV Home" app.

Content providers

Available channels

- 20/20
- 50 Cent Action
- ABC News Live
- ACC Digital Network
- AccuWeather HD
- Action News Jax

https://support.google.com/googletv/answer/11167990?hl=en&co=GENIE.CountryCode%3DUS#zippy=%2Cavailable-channels

52. In addition to Google TV Freeplay, each Onn Google TV System also supports subscription TV applications (e.g., YouTube TV, Philo) and free ad-supported television ("FAST") TV applications (e.g., Pluto TV, Tubi, Haystack News, Plex, Xumo Play, The Roku Channel).

## Watch live TV from other providers

Live TV channels from apps like Haystack News, Plex, Pluto TV, and Tubi are available at no charge. You can browse their channels in the Live tab, your recommendations, and search results. To watch their channels, you must install their apps. You can also add live TV channels from paid subscriptions like YouTube TV, Sling TV, and Philo.

YouTube TV

Sling TV

Philo

https://support.google.com/googletv/answer/11167990?hl=en&co=GENIE.CountryCode%3DUS#zippy=%2Cavailable-channels

## Choose your favorite channels

To select favorite channels:

1. On your Google TV, go to the **Live** tab or the Google TV Freeplay app.
2. In the channel guide, find a channel you want to set as one of your favorites.
3. Go to the channel name and select it.
   - A star shows up to confirm that the channel is now in your favorites.
4. At the top of your channel guide, go to the "Favorites" section.

53. Program schedules for live TV channels that can be viewed in the built-in Google TV Freeplay application or in a supported subscription TV or FAST TV application can be browsed in the unified interactive program guide featured in the live TV environment (Live tab) of each Onn Google TV System.

"Apps" tab shows installed Live TV apps




Built-in Google TV Freeplay app shows live TV channels




"Live" tab shows what's "On now"




"Live" tab shows unified interactive program guide




54. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), includes a processor and is capable of detecting, by the hardware processor, a request to invoke the application panel based on a selection of an application panel button on a remote control. For example, while displaying live TV via Google TV Freeplay, each of the Onn Google TV Systems is capable of receiving a request to invoke an application panel via an input from the remote control's directional pad (e.g., pressing directions such as UP, DOWN, LEFT, or RIGHT). As shown below, upon detecting the selection of the DOWN button, an application panel (outlined in red) appears.

During Google TV Freeplay live TV playback, the Onn device detects selection of a directional button on the directional pad of the TV remote as a request to invoke an application panel. Before such detection (left), the live TV content (The Dan Patrick Show) is being displayed, and no panel is displayed or visible. Upon detection of the request, a panel that covers a portion of the displayed content.




55. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of, (i) in response to the request, detecting, by the hardware processor, the displayed content on the intelligent TV; and (ii) determining, based on the detected displayed content, and, by the hardware processor, a type of content being displayed, wherein the type of content is at least one of an application and a video on demand. For example, after detecting a request from the TV remote to invoke an application panel during display of live TV content, each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), detects the displayed content (e.g., the stream) and determines its type (e.g., application in which it is viewed, e.g., Google TV Freeplay, or whether it is a video on demand) allowing the TV to display the correct panel layout and controls, as the layout and controls vary based on the application and whether the content is video-on-demand which requires playback controls.

SAME PANEL INTERACTION — INFORMATION VARIES WITH DISPLAYED-CONTENT ENVIRONMENT




Onn Google TV Systems detect the displayed content and determine a content type (e.g., the application in which the content is being viewed or whether the content is VOD) in order to display the correct panel layout and controls.

56. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of displaying, by the hardware processor, the application panel on the intelligent TV, wherein the application panel covers at least a portion of the displayed content. For example, after selection of the DOWN button during display of live TV content, each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), displays an application panel that covers a portion of the displayed content (e.g., the panel obscures items on Dan Patrick's desk).

During Google TV Freeplay live TV playback, the Onn device detects selection of a directional button on the directional pad of the TV remote as a request to invoke an application panel. Before such detection (left), the live TV content (The Dan Patrick Show) is being displayed, and no panel is displayed or visible. Upon detection of the request, a panel that covers a portion of the displayed content.




57. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of (i), in response to the request, detecting, by the hardware processor, context information, wherein the context information is based at least on the determined type of displayed content and a location of the display of the application panel, wherein the location is along at least one edge of the display, wherein the application panel is associated with a silo, wherein the silo is at least one of a Live TV silo, an on-demand silo, a media center silo, and an applications silo; and (ii) determining, by the hardware processor, an information to display in the application panel based on both of the displayed content on the intelligent TV and the context information, wherein the determined information includes one or more of an information portion, a new portion, a recommended portion, a genre portion, an electronic program guide, a category portion, a favorites portion and a search portion.

58. For example, The Dan Patrick Show was streaming via the Google TV Freeplay live TV service. As shown, the invoked panel contains an EPG information portion containing information (e.g., Channel, Title, Episode No., Timeslot, Progress) associated with the detected displayed content (i.e., The Dan Patrick Show).




During testing, The Dan Patrick Show was streaming via the Google TV Freeplay live TV service. As shown, the invoked panel contains an EPG information portion containing EPG information (e.g., Channel, Title, Episode No., Timeslot, Progress) associated with the detected displayed content.

59. For example, The Dan Patrick Show was streaming via the Google TV Freeplay live TV service. As shown, in a horizontally scrollable list located in an area of the invoked panel along the right edge of the display, the panel also includes icons representing a TV Guide and other live TV channels that are viewable only via the Google Freeplay live TV service.




During testing, The Dan Patrick Show was streaming via the Google TV Freeplay live TV service. As shown, in a horizontally scrollable list located in an area of the invoked panel along the right edge of the display, the invoked panel also includes icons representing a TV Guide and other live TV channels that are viewable only via the Google Freeplay live TV service.

60. In other words, certain information in the invoked panel (here, the TV Guide and channel icons) is also associated with the determined content type (e.g., Google TV Freeplay application in which the content is being viewed) and an area of the panel along at least one edge of the display (e.g., portion of panel along right edge display).

61. Further, the invoked panel is associated with a Live TV silo application. As shown, selecting the TV Guide icon or any of the channel icons reveals that the information in the panel pertains only to the live TV application of the Google TV Freeplay service.




The invoked panel is associated with a Live TV silo application. Selecting the TV Guide icon or any of the channel icons reveals that the information in the panel pertains only to the live TV application of the Google TV Freeplay service.

62. Each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of displaying, by the hardware processor, the determined information in the application panel on a display of the intelligent TV. As set forth above and illustrated below, the determined information (e.g., EPG information portion with content-specific EPG details and TV Guide/channel icons associated with the Google TV Freeplay Live TV silo application and an area of the panel along the right edge of the display) is displayed in the application panel on the display of the intelligent TV.




The determined information (e.g., EPG information portion with content-specific EPG details and TV Guide/channel icons associated with the Google TV Freeplay Live TV silo application and an area of the panel along the right edge of the display) is displayed in the application panel on the display of the intelligent TV.

63. Upon information and belief, the observed behavior described above occurs with regard to any one or more of the discussed applications, including Google TV Freeplay, Pluto TV, Tubi, Xumo Play, Plex, Haystack News, Philo, and YouTube TV, among others. In addition, the invocation and display of a panel populated with content-specific and context-specific information occurs in each Onn Google TV, and in each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), not only while streaming live TV content in a live TV application, but also while streaming VOD content.

**SAME PANEL INTERACTION — INFORMATION VARIES WITH DISPLAYED-CONTENT ENVIRONMENT**




The information displayed in the accused panel varies with the underlying displayed content and associated viewing context. Freeplay live TV produces current-program and "More channels" information; OTA Live TV produces broadcast-program, channel and TV Guide information; VOD produces movie and playback information; and YouTube produces video/channel and playback controls and shows content recommendations.

64. Walmart, by itself or through its subsidiaries and agents, has infringed one or more claims of the '003 Patent, including claims 1 and 17, both directly in violation of 35 U.S.C. § 271(a) and indirectly in violation of §§ 271(b) and 271(c).

65. In violation of 35 U.S.C. § 271(a), Walmart has used, sold, offered to sell, and imported into the United States Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs. On information and belief, Walmart imports, or directs its agents or others under contract with Walmart to import, Onn Google TV Systems into the United States for sale by or at the direction of Walmart. Walmart offers to sell and does sell Onn Google TV Systems in the United States and provides or delivers the same to purchasers in the United States in a box that includes a TV remote control (with batteries included) and a Quick Start Guide. On information and belief, Walmart has used one or more Onn Streaming Device Google TVs in the United States in the manner in which such systems are

intended to be used. By taking and continuing to take such actions, Walmart has directly infringed and continues to directly infringe one or more claims of each of the ’003 Patent.

66. Upon information and belief, Walmart’s direct infringement of the ’003 Patent was willful. As set forth in greater detail above, by the end of 2025, Walmart had been provided written notice identifying both patents asserted in this action as patents owned by Multimedia, had taken a license to Multimedia’s portfolio of smart TV patents in connection with settling Multimedia’s patent infringement suit against Vizio, and knew that it (Walmart) lacked a license to make, use, sell, offer to sell, or import Onn Google TV Systems under any of Multimedia’s patents, let alone the Asserted Patents. In other words, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in Multimedia’s smart TV portfolio, including the Asserted Patents. Upon information and belief, Walmart either (a) reviewed the Asserted Patents and determined that Onn Google TV Systems likely infringed one or more claims of each of the Asserted Patents or (b) purposefully took actions to avoid learning of such risk, including, for example, actions such as ignoring and continuing to ignore emails sent by Multimedia’s General Manager during the first half of 2026. Thereafter, Walmart has continued to infringe claims of each of the Asserted Patents as set forth in the preceding paragraphs.

67. In violation of 35 U.S.C. § 271(b), with knowledge of the ’003 Patent and the risk of infringement thereof, Walmart has actively induced direct infringement of the ’003 Patent by third parties (e.g., importers, distributors, resellers, agents, divisions, subsidiaries, affiliates, customers, end users), including by directing, contracting for, supporting, or

otherwise encouraging the use, sale, offer for sale, or importation of Onn Google TV Systems, in or into the United States. Upon information and belief, one or more of the Onn Google TV Systems are manufactured by Shenzhen KTC Technology Co., Ltd. Upon information and belief, Walmart imported, or directed its agents or others under contract with Walmart to import, Onn Google TV Systems into the United States for sale by Walmart or by others under contract with Walmart. Upon information and belief, Walmart has encouraged one or more of its divisions, subsidiaries, and affiliates to sell, offer to sell, or import Onn Google TV Systems, in and into the United States. Walmart's actions to encourage such third-party direct infringement have included, for example, contracting with third parties concerning the supply, purchase, or distribution of Onn Google TV Systems, and providing instructions or other guidance to facilitate manufacture, sale, offers for sale, or importation of Onn Google TV Systems, in and into the United States. As described in greater detail above, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

68. In violation of 35 U.S.C. § 271(b), with knowledge of the '003 Patent and the risk of infringement thereof, Walmart has actively encouraged customers or end users to use Onn Google TV Systems in the United States in an intended manner (e.g., displaying live TV content and, using an associated TV remote control, discovering and navigating streaming and live TV content from various online sources in applications surfaced through the built-in Google TV user interface) which causes infringement of one or more claims of the '003 Patent. Upon information and belief, Walmart provides Quick Start Guides, instructions,

demonstrations, product information, support (e.g., onntvsupport.com), warranties, or other information (e.g., onn-tv.com) that encourages such infringing use. As described in greater detail above, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

69. In violation of 35 U.S.C. § 271(c), upon information and belief, Walmart has contributed to third party infringement of the '003 Patent by selling Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, which, when used as intended, implement the accused functionality, knowing those components to be especially made or adapted (e.g., by way of built-in Google TV software) for infringement and not staple articles suitable for substantial noninfringing use.

70. As a consequence of each of Walmart's direct infringement, inducement and contributory infringement, both literal and under the doctrine of equivalents, of the '003 Patent, Multimedia has been damaged in an amount not yet determined and is entitled to recover damages pursuant to 35 U.S.C. § 284. Further, in view of Walmart's knowing or willfully blind direct infringement that continues to this day, damages should be enhanced.

## IX. COUNT II (Infringement of U.S. Patent No. 9,185,324 – Onn Google TV Systems)

71. Multimedia repeats, realleges, and incorporates by reference each of the preceding paragraphs as though set forth in this paragraph.

72. Walmart, by itself or through its subsidiaries or agents, has directly infringed, literally or under the doctrine of equivalents, one or more claims of the '324 Patent in violation of 35 U.S.C. § 271(a) by using, selling, offering for sale, and importing the Onn Google TV

Systems, including the Onn Google TVs and Onn Streaming Device Google TVs in and into the United States and within this District.

73. By way of example, Walmart has directly infringed at least claim 17 of the ’324 Patent, which provides:

> (1.0) A method of managing Electronic Programming Guide (EPG) information for an Intelligent television (TV), comprising:
>
> (1.1) executing, by a processor of the Intelligent TV, two or more EPG source plug-ins;
>
> (1.2) polling, by a first EPG source plug-in through a network, a first EPG source for updated EPG information to determine if updated EPG information is available from the first EPG source of EPG information, wherein the first source of EPG information is associated with digital television EPG information, wherein, for an EPG source with no updated EPG information, the polling and/or retrieving step comprises associating the EPG information from the EPG source with dummy EPG data, wherein the dummy EPG data is one of a plain channel listing and a standard label in an EPG time slot;
>
> (1.3) if updated EPG information is available from the first EPG source, retrieving, by the first EPG source plug-in, the updated EPG information from the first EPG source;
>
> (1.4) polling, by a second EPG source plug-in through the network, a second EPG source for updated EPG information to determine if updated EPG information is available from the EPG second source of EPG information, wherein the second EPG source of EPG information is associated with cloud-stored EPG information;
>
> (1.5) if updated EPG information is available from the second EPG source, retrieving, by the second EPG source plug-in, the updated EPG information from the second EPG source, wherein one or more of the polling step and the retrieving step is activated after a channel scanning operation by the Intelligent TV;
>
> (1.6) aggregating, by the processor, the updated EPG information from the first and second EPG sources; and
>
> (1.7) providing, by the processor, a relevant portion of the updated EPG information to an application of the Intelligent TV.
>
> (17.9) A tangible and non-transitory computer readable medium comprising microprocessor executable instructions that, when executed by the microprocessor, perform the steps of claim 1.

74. By way of example, Walmart has directly infringed the ’324 Patent and continues to do so by using, selling, offering for sale, and importing the Onn Google TV

Systems, including the Onn Google TVs and Onn Streaming Device Google TVs, which embody each element of claim 17 of the '324 Patent.

75. For example, as required by claim 17, each Onn Google TV, and each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), comprises tangible, non-transitory internal storage containing microprocessor-executable instructions (Google TV software and installed services) that, when executed by the device's processor, perform the steps of the method of managing Electronic Programming Guide (EPG) information for an Intelligent TV recited in claim 1 of the '324 Patent.

76. Upon information and belief, the processor of each Onn Google TV, and the processor of each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), is capable of executing two or more EPG source plug-ins (e.g., two or more of the built-in Google TV Freeplay service and the user-selectable linear TV services, such as YouTube TV, Philo, and other FAST services, all of which can be turned on or turned off in Google TV settings).

**Free live TV data services enabled automatically: Haystack News, Plex, Pluto TV, Tubi, The Roku Channel, Xumo Play**



77. For example, during initial set up, each Onn Google TV System provisions and installs the built-in Google TV platform, including the LauncherX application (a/k/a Google TV Home), Google Play services, and Google TV Freeplay, a built in service and application that brings TV guide information for Google's live linear TV channels to the TV and allows viewing of the live TV shows within the application. During initial setup, each Onn Google TV System also installs various services that bring TV guide information for additional free ad-supported television (FAST) services (e.g., Pluto TV, Tubi, Haystack News, Plex, Xumo Play, The Roku Channel) and subscription television services (e.g., YouTube TV, Philo) to the TV. The FAST services are installed and switched on automatically. Subscription TV services are installed at setup if confirmed by the user.

Onn encourages install of live TV data services at setup







Live TV data services will be installed at setup




78. With the exception of Google TV Freeplay, each of the aforementioned services may be switched on or switched off at any time by a user of the TV.

79. When a service is turned on in a user's settings, TV guide information for the particular content provider is included in the unified interactive program guide featured in the Live environment (Live tab) of each Onn Google TV System. In addition, Google TV will recommend and show TV guide information for live TV content from the particular provider in the Home environment (Home tab) of each Onn Google TV System.

**EPG information about live TV programming is retrieved and surfaced when a provider's data service plugin is turned on**




80. When a service is turned off in a user's settings, TV guide information for the particular content provider will not appear in the unified interactive program guide. Nor will Google TV recommend or show TV guide information for live TV content from the particular provider in the Home environment (Home tab) of each Onn Google TV System. This is true regardless of whether or not the application corresponding to the particular service is installed on the Onn Google TV System.

81. Upon information and belief, a first EPG source plug-in comprises polling, through a network, a first EPG source for updated EPG information to determine if updated

EPG information is available from the first EPG source of EPG information, wherein the first source of EPG information is associated with digital television EPG information, wherein, for an EPG source with no updated EPG information, the polling and/or retrieving step comprises associating the EPG information from the EPG source with dummy EPG data, wherein the dummy EPG data is one of a plain channel listing and a standard label in an EPG time slot; and if updated EPG information is available from the first EPG source, retrieving, by the first EPG source plug-in, the updated EPG information from the first EPG source.

82. For example, upon information and belief, the built-in Google TV Freeplay service (a first EPG source plug-in) checks a remote source of Google TV Freeplay live TV guide information (polling, through a network, a first EPG source associated with digital television EPG information) for previously unretrieved TV-guide information, such as program titles, descriptions, and times (updated EPG information), retrieves new EPG information, and associates missing or unavailable program information for a particular time slot with a channel name or a standard label such as "No program info" (dummy EPG data).

Google TV Freeplay checks for new EPG info, retrieves it, and associates missing or unavailable timeslot data with dummy data phrase like "No program info" (retrieved info is displayed in unified interactive program guide)




83. By way of further example, upon information and belief, one or more of the user-selectable free-ad-supported TV (FAST) service such as Pluto TV, Tubi, Haystack News, Plex, Xumo Play, and The Roku Channel (first EPG source plug-in) checks a remote source of live linear TV EPG information for a respective one of such FAST services (polling, through a network, a first EPG source associated with digital television EPG information) for previously unretrieved television-guide information, such as program titles, descriptions, and times (updated EPG information), retrieves new EPG information, and associates missing or unavailable program information for a particular time slot with a channel name or a standard label such as "No program info" (dummy EPG data).

84. Upon information and belief, a second of source plug-ins comprises polling, through the network, a second EPG source for updated EPG information to determine if updated EPG information is available from the EPG second source of EPG information,

wherein the second EPG source of EPG information is associated with cloud-stored EPG information; and if updated EPG information is available from the second EPG source, retrieving, by the second EPG source plug-in, the updated EPG information from the second EPG source, wherein one or more of the polling step and the retrieving step is activated after a channel scanning operation by the Intelligent TV.

85. For example, YouTube is a paid virtual cable service. It takes the live feeds (locals, ESPN, cable networks) and also records them in a cloud DVR. The application on the TV will buffer the live stream so that pause, rewinds, and often "start from the beginning" work even while the show is airing. Therefore, YouTube is associated with a cloud-stored EPG information. Upon information and belief, the YouTube TV service (second EPG source plug-in) checks a respective remote source of YouTube TV EPG information (polling, through a network, a second EPG source associated with cloud-stored EPG information) for previously unretrieved TV-guide information, such as program titles, descriptions, and times (updated EPG information) and retrieves any new EPG information.

YouTube TV checks online for new EPG info and retrieves it (retrieved info is displayed in unified interactive program guide)
The number YouTube TV channels shown (here 53) changes regularly, reflecting channel scan operations




86. At one or more time, the foregoing described polling occurs after the TV performs operations to dynamically determine the set of YouTube TV channels that are available for display on the TV (channel scanning operation). By way of further example, upon information and belief, a user-selectable premium TV service such as YouTube TV (second EPG source plug-in) performs an operation that determines the YouTube TV channels currently available to the user, including channels that become available only at particular times or for particular programming and therefore appear and disappear from the available channel lineup (channel scanning operation), and, after such channel scanning operation, checks a remote source of YouTube TV EPG information (polling, through a network, a second EPG source associated with cloud-stored EPG information) for previously unretrieved TV-guide information, such as program titles, descriptions, and times (updated EPG information) and retrieves any requested updated EPG information.

YouTube TV checks online for new EPG info and retrieves it (retrieved info is displayed in unified interactive program guide)
The number YouTube TV channels shown (here 36) changes regularly, reflecting channel scan operations




87. Upon information and belief, the processor of each Onn Google TV, and the processor of each Onn Streaming Device Google TV (when connected to a TV, monitor, or other display), aggregates the updated EPG information from the first and second EPG sources and provides a relevant portion of the updated EPG information to an application of the Intelligent TV.

88. For example, EPG information from Google TV Freeplay (source plug-in), one or more free ad-supported-TV (FAST) services such as The Roku Channel (source plug-in), and one or more premium TV services such as YouTube TV or Philo (source plug-in) is aggregated, including into an EPG database maintained by the LauncherX application, and a relevant portion of such information is provided to or in the TV's LauncherX application for display in the TV's "Live" tab environment, for example, in a horizontally scrollable row of rounded program cards under the heading "On Now" and in a unified interactive channel-

by-time EPG grid, which can instantly display TV guide info from specific TV services or from multiple different TV services (source plug-ins).

**EPG info from multiple plugins is aggregated and provided to LauncherX for display in On Now row of Live tab**



**EPG info from multiple plugins (YouTube TV, Philo, Google TV Freeplay, etc.) is aggregated and provided to LauncherX and displayed in unified interactive program guide in Live tab**




89. For example, EPG information from Google TV Freeplay (source plug-in), one or more free ad-supported-TV (FAST) services such as The Roku Channel (source plug-in), and one or more premium TV services such as YouTube TV or Philo (source plug-in) is aggregated, including into an EPG databased maintained by the LauncherX application, and a relevant portion of such information is provided to or in the TV's LauncherX application for display in the TV's "Home" tab environment, for example, in horizontally scrollable rows of rounded program cards under the headings "On Now," "Free Live TV," and "Free live news & opinion."

EPG info from multiple plugins (YouTube TV, Philo) aggregated via LauncherX app & displayed in "On now" row of Home tab




EPG info from multiple plugins (Pluto TV, Google TV Freeplay) aggregated via LauncherX app & displayed in "Free live TV" row of Home tab




90. Walmart, by itself or through its subsidiaries and agents, has infringed one or

more claims of the ’324 Patent, including claim 17, both directly in violation of 35 U.S.C. § 271(a) and indirectly in violation of §§ 271(b) and 271(c).

91. In violation of 35 U.S.C. § 271(a), Walmart has used, sold, offered to sell, and imported into the United States Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs. On information and belief, Walmart imports, or directs its agents or others under contract with Walmart to import, Onn Google TV Systems into the United States for sale by or at the direction of Walmart. Walmart offers to sell and does sell Onn Google TV Systems in the United States and provides or delivers the same to purchasers in the United States in a box that includes a TV remote control (with batteries included) and a Quick Start Guide. On information and belief, Walmart has used one or more Onn Streaming Device Google TVs in the United States in the manner in which such systems are intended to be used. By taking and continuing to take such actions, Walmart has directly infringed and continues to directly infringe one or more claims of each of the ’324 Patent.

92. Upon information and belief, Walmart’s direct infringement of the ’324 Patent was willful. As set forth in greater detail above, by the end of 2025, Walmart had been provided written notice identifying both patents asserted in this action as patents owned by Multimedia, had taken a license to Multimedia’s portfolio of smart TV patents in connection with settling Multimedia’s patent infringement suit against Vizio, and knew that it (Walmart) lacked a license to make, use, sell, offer to sell, or import Onn Google TV Systems under any of Multimedia’s patents, let alone the Asserted Patents. In other words, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in

Multimedia's smart TV portfolio, including the Asserted Patents. Upon information and belief, Walmart either (a) reviewed the Asserted Patents and determined that Onn Google TV Systems likely infringed one or more claims of each of the Asserted Patents or (b) purposefully took actions to avoid learning of such risk, including, for example, actions such as ignoring and continuing to ignore emails sent by Multimedia's General Manager during the first half of 2026. Thereafter, Walmart has continued to infringe claims of each of the Asserted Patents as set forth in the preceding paragraphs.

93. In violation of 35 U.S.C. § 271(b), with knowledge of the '324 Patent and the risk of infringement thereof, Walmart has actively induced direct infringement of the '324 Patent by third parties (e.g., importers, distributors, resellers, agents, divisions, subsidiaries, affiliates, customers, end users), including by directing, contracting for, supporting, or otherwise encouraging the use, sale, offer for sale, or importation of Onn Google TV Systems, in or into the United States. Upon information and belief, one or more of the Onn Google TV Systems are manufactured by Shenzhen KTC Technology Co., Ltd. Upon information and belief, Walmart imported, or directed its agents or others under contract with Walmart to import, Onn Google TV Systems into the United States for sale by Walmart or by others under contract with Walmart. Upon information and belief, Walmart has encouraged one or more of its divisions, subsidiaries, and affiliates to sell, offer to sell, or import Onn Google TV Systems, in and into the United States. Walmart's actions to encourage such third-party direct infringement have included, for example, contracting with third parties concerning the supply, purchase, or distribution of Onn Google TV Systems, and providing instructions or other guidance to facilitate manufacture, sale, offers for sale, or importation of Onn Google TV Systems, in and into the United States. As described in greater detail above, by the end of

2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

94. In violation of 35 U.S.C. § 271(b), with knowledge of the '324 Patent and the risk of infringement thereof, Walmart has actively encouraged customers or end users to use Onn Google TV Systems in the United States in an intended manner (e.g., displaying live TV content and, using an associated TV remote control, discovering and navigating streaming and live TV content from various online sources in applications surfaced through the built-in Google TV user interface) which causes infringement of one or more claims of the '324 Patent. Upon information and belief, Walmart provides Quick Start Guides, instructions, demonstrations, product information, support (e.g., onntvsupport.com), warranties, or other information (e.g., onn-tv.com) that encourages such infringing use. As described in greater detail above, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use of Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

95. In violation of 35 U.S.C. § 271(c), upon information and belief, Walmart has contributed to third party infringement of the '324 Patent by selling Onn Google TV Systems, including Onn Google TVs and Onn Streaming Device Google TVs, which, when used as intended, implement the accused functionality, knowing those components to be especially made or adapted (e.g., by way of built-in Google TV software) for infringement and not staple articles suitable for substantial noninfringing use.

96. As a consequence of each of Walmart's direct infringement, inducement and contributory infringement, both literal and under the doctrine of equivalents, of the '324 Patent, Multimedia has been damaged in an amount not yet determined and is entitled to recover damages pursuant to 35 U.S.C. § 284. Further, in view of Walmart's knowing or willfully blind direct infringement that continues to this day, damages should be enhanced.

## X. COUNT III (Infringement of U.S. Patent No. 9,820,003 – Onn Roku TVs)

97. Multimedia repeats, realleges, and incorporates by reference each of the preceding paragraphs as though set forth in this paragraph.

98. Walmart, by itself or through its subsidiaries or agents, has directly infringed, literally or under the doctrine of equivalents, one or more claims of the '003 Patent in violation of 35 U.S.C. § 271(a) by using, selling, offering for sale, and importing the Onn Roku TVs in and into the United States and within this District.

99. By way of example, Walmart has directly infringed at least claim 17 of the '003 Patent, which provides:

(17.0) A non-transitory computer readable information storage media having stored thereon instructions, that when executed by one or more processors, cause to be performed:

(17.1) displaying live TV content on the intelligent TV;

(17.2) detecting a request to invoke the application panel based on a selection of an application panel button on a remote control associated with the intelligent TV;

(17.3) in response to the request, detecting the displayed content on the intelligent TV;

(17.4) determining, based on the detected displayed content, a type of content being displayed, wherein the type of content is at least one of an application and a video on demand,

(17.5) displaying the application panel on the intelligent TV, wherein the application panel covers at least a portion of the displayed content;

(17.6) in response to the request, detecting context information, wherein the context information is based at least on the determined type of displayed content and a location of the display of the application panel, wherein the location is along at

least one edge of the display, wherein the application panel is associated with a silo, wherein the silo is at least one of a Live TV silo, an on-demand silo, and an applications silo;

(17.7) determining an information to display in the application panel based on both of the displayed content on the intelligent TV and the context information, wherein the determined information includes one or more of an information portion, a new portion, a recommended portion, a genre portion, an electronic program guide, a category portion, a favorites portion and a search portion; and

(17.8) displaying the determined information in the application panel on a display of the intelligent TV.

100. By way of example, Walmart has directly infringed the ’003 Patent and continues to do so by using, selling, offering for sale, and importing the Onn Roku TVs which embody each element of claim 17. For example, upon information and belief, each Onn Roku TV, comprises tangible, non-transitory internal storage containing microprocessor-executable instructions (Roku TV software and installed services) that, when executed by the device’s processor, causes the performance of each of the elements recited in claim 17 of the ’003 Patent.

101. Each Onn Roku TV, is capable of displaying live TV content on the intelligent TV. Each Onn Roku TV includes and has included built-in applications (e.g., Live TV Guide, RokuChannel) which offer live linear TV content for display on the TV.

102. For example, each Onn Roku TVs displays live TV content through built-in applications (e.g., Live TV Guide).




103. In addition, Onn Roku TV supports subscription TV applications (e.g., YouTube TV) and free ad-supported television ("FAST") TV applications (e.g., Pluto TV).

104. In each Onn Roku TV, program schedules for live TV channels can be browsed in a built-in application which includes an interactive program guide (e.g., Live TV Guide).

Built-in RokuChannel app displays featured Live TV shows




Built-in Live TV Guide app displays live TV lineup & picks




Browsing live TV lineup in Live TV Guide app




Browsing live TV lineup in Live TV Guide app




105. Each Onn Roku TV includes a processor and is capable of detecting, by the hardware processor, a request to invoke the application panel based on a selection of an application panel button on a remote control. For example, while displaying live TV via a built in application (e.g., Live TV Guide), each Onn Roku TV is capable of receiving a request to invoke an application panel via an input from the remote control's directional pad (e.g., pressing directions such as LEFT). As shown, upon detecting the selection of the LEFT button, an application panel (outlined in red) appears.




106. Each Onn Roku TV, is capable of, (i) in response to the request, detecting, by the hardware processor, the displayed content on the intelligent TV; and (ii) determining, based on the detected displayed content, and, by the hardware processor, a type of content being displayed, wherein the type of content is at least one of an application and a video on demand. For example, after detecting a request from the TV remote to invoke an application panel during display of live TV content, each Onn Roku TV, detects the displayed content (e.g., the stream) and determines its type (e.g., application in which it is viewed, e.g., Live TV Guide, or whether it is a video on demand) allowing the TV to display the correct panel layout

and controls, as the layout and controls vary based on the application and whether the content is video-on-demand which requires playback controls.

**SAME PANEL INTERACTION – INFORMATION VARIES WITH DISPLAYED STREAM & CONTENT ENVIRONMENT**

Invoked semi-transparent panel in YouTube




Invoked semi-transparent panel in Live TV Guide




Invoked panel in RokuChannel VOD w/ playback controls




Invoked panel in RokuChannel VOD w/ Up Next & more



**SAME PANEL INTERACTION – INFORMATION VARIES WITH DISPLAYED STREAM & CONTENT ENVIRONMENT**

**Invoked semi-transparent panel in YouTube TV**




**Invoked semi-transparent panel in Live TV Guide**




**Invoked panel in RokuChannel VOD w/ playback controls**




**Invoked panel in RokuChannel VOD w/ Up Next & more**




107. Each Onn Roku TV, is capable of displaying, by the hardware processor, the application panel on the intelligent TV, wherein the application panel covers at least a portion of the displayed content. For example, after selection of the LEFT button during display of live TV content, each Onn Roku TV, displays an application panel that covers a portion of the displayed content (e.g., the semi-transparent panel appears over the ongoing LiveNOW stream from FOX, which continues to play in the background).




108. Each Onn Roku TV, is capable of (i), in response to the request, detecting, by the hardware processor, context information, wherein the context information is based at least on the determined type of displayed content and a location of the display of the application panel, wherein the location is along at least one edge of the display, wherein the application panel is associated with a silo, wherein the silo is at least one of a Live TV silo, an on-demand silo, a media center silo, and an applications silo; and (ii) determining, by the hardware processor, an information to display in the application panel based on both of the displayed content on the intelligent TV and the context information, wherein the determined

information includes one or more of an information portion, a new portion, a recommended portion, a genre portion, an electronic program guide, a category portion, a favorites portion and a search portion.

109. For example, LiveNOW from FOX was streaming via the Live TV Guide application. As shown, the invoked panel contains an EPG information portion containing information (e.g., Channel, Title, Timeslot, rating, Progress, description) associated with the detected displayed content (i.e., LiveNOW from FOX stream that is playing).




110. For example, LiveNOW from FOX was streaming via the Live TV Guide application. As shown, in a vertically navigable grid located in an area of the invoked panel along at least the bottom edge of the display, the panel also includes an electronic programming guide (EPG) containing other live TV channels that are viewable via the Live

TV Guide application.




111. In other words, certain information in the invoked panel (here, the electronic programming guide) is also associated with the determined content type (e.g., Live TV Guide application in which the content is being viewed) and an area of the panel along at least one edge of the display (e.g., portion of panel along bottom edge of the display).

112. Further, the invoked panel is associated with a Live TV silo application. As shown, selecting interacting with the electronic program guide reveals that the information in the panel pertains to the Live TV Guide application or the live TV portion of the RokuChannel application.

113. Each Onn Roku TV, is capable of displaying, by the hardware processor, the determined information in the application panel on a display of the intelligent TV. As set forth

above and illustrated below, the determined information (e.g., EPG information portion with content-specific EPG details and TV Guide/channel icons associated with the RokuChannel Live TV silo application and an area of the panel along the right edge of the display) is displayed in the application panel on the display of the intelligent TV.




114. Upon information and belief, the observed behavior described above occurs with regard to any one or more of the discussed applications, including Live TV Guide, RokuChannel, YouTube TV, YouTube, and others. In addition, the invocation and display of a panel populated with content-specific and context-specific information occurs in each Onn Roku TV not only while streaming live TV content but also while streaming VOD content.

**SAME PANEL INTERACTION – INFORMATION VARIES WITH DISPLAYED STREAM & CONTENT ENVIRONMENT**

**Invoked semi-transparent panel in YouTube**




**Invoked semi-transparent panel in Live TV Guide**




**Invoked panel in RokuChannel VOD w/ playback controls**




**Invoked panel in RokuChannel VOD w/ Up Next & more**




**SAME PANEL INTERACTION – INFORMATION VARIES WITH DISPLAYED STREAM & CONTENT ENVIRONMENT**

**Invoked semi-transparent panel in YouTube TV**




**Invoked semi-transparent panel in Live TV Guide**




**Invoked panel in RokuChannel VOD w/ playback controls**




**Invoked panel in RokuChannel VOD w/ Up Next & more**



115. Walmart, by itself or through its subsidiaries and agents, has infringed one or more claims of the ’003 Patent, including claims 1 and 17, both directly in violation of 35 U.S.C. § 271(a) and indirectly in violation of §§ 271(b) and 271(c).

116. In violation of 35 U.S.C. § 271(a), Walmart has used, sold, offered to sell, and imported into the United States, Onn Roku TVs. On information and belief, Walmart imports, or directs its agents or others under contract with Walmart to import, Onn Roku TVs into the United States for sale by or at the direction of Walmart. Walmart offers to sell and does sell Onn Roku TVs in the United States and provides or delivers the same to purchasers in the United States in a box that includes a TV remote control (with batteries included) and a Quick Start Guide. On information and belief, Walmart has used one or more Onn Roku TVs in the United States in the manner in which such systems are intended to be used. By taking and continuing to take such actions, Walmart has directly infringed and continues to directly infringe one or more claims of each of the ’003 Patent.

117. Upon information and belief, Walmart’s direct infringement of the ’003 Patent was willful. As set forth in greater detail above, by the end of 2025, Walmart had been provided written notice identifying both patents asserted in this action as patents owned by Multimedia, had taken a license to Multimedia’s portfolio of smart TV patents in connection with settling Multimedia’s patent infringement suit against Vizio, and knew that it (Walmart) lacked a license to make, use, sell, offer to sell, or import Onn Roku TVs under any of Multimedia’s patents, let alone the Asserted Patents. In other words, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Roku TVs did and would infringe one or more of the patents in Multimedia’s smart TV portfolio, including the Asserted Patents. Upon

information and belief, Walmart either (a) reviewed the Asserted Patents and determined that Onn Roku TVs likely infringed one or more claims of each of the Asserted Patents or (b) purposefully took actions to avoid learning of such risk, including, for example, actions such as ignoring and continuing to ignore emails sent by Multimedia's General Manager during the first half of 2026. Thereafter, Walmart has continued to infringe claims of each of the Asserted Patents as set forth in the preceding paragraphs.

118. In violation of 35 U.S.C. § 271(b), with knowledge of the '003 Patent and the risk of infringement thereof, Walmart has actively induced direct infringement of the '003 Patent by third parties (e.g., importers, distributors, resellers, agents, divisions, subsidiaries, affiliates, customers, end users), including by directing, contracting for, supporting, or otherwise encouraging the use, sale, offer for sale, or importation of Onn Roku TVs, in or into the United States. Upon information and belief, one or more of the Onn Roku TVs are manufactured by Element TV Company, LP. Upon information and belief, Walmart imported, or directed its agents or others under contract with Walmart to import, Onn Roku TVs into the United States for sale by Walmart or by others under contract with Walmart. Upon information and belief, Walmart has encouraged one or more of its divisions, subsidiaries, and affiliates to sell, offer to sell, or import Onn Roku TVs, in and into the United States. Walmart's actions to encourage such third-party direct infringement have included, for example, contracting with third parties concerning the supply, purchase, or distribution of Onn Roku TVs, and providing instructions or other guidance to facilitate manufacture, sale, offers for sale, or importation of Onn Roku TVs, in and into the United States. As described in greater detail above, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use, importation, and sale of Onn Roku TVs

did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

119. In violation of 35 U.S.C. § 271(b), with knowledge of the '003 Patent and the risk of infringement thereof, Walmart has actively encouraged customers or end users to use Onn Roku TVs in the United States in an intended manner (e.g., displaying live TV content and, using an associated TV remote control, discovering and navigating streaming and live TV content from various online sources in applications surfaced through the built-in Roku TV user interface) which causes infringement of one or more claims of the '003 Patent. Upon information and belief, Walmart provides Quick Start Guides, instructions, demonstrations, product information, support (e.g., onntvsupport.com), warranties, or other information (e.g., onn-tv.com) that encourages such infringing use. As described in greater detail above, by the end of 2025, Walmart knew of the Asserted Patents and knew or should have known of the substantial risk that use of Onn Roku TVs did and would infringe one or more of the patents in Multimedia's smart TV portfolio, including the Asserted Patents.

120. In violation of 35 U.S.C. § 271(c), upon information and belief, Walmart has contributed to third party infringement of the '003 Patent by selling Onn Roku TVs, which, when used as intended, implement the accused functionality, knowing those components to be especially made or adapted (e.g., by way of built-in Roku TV software) for infringement and not staple articles suitable for substantial noninfringing use.

121. As a consequence of each of Walmart's direct infringement, inducement and contributory infringement, both literal and under the doctrine of equivalents, of the '003 Patent, Multimedia has been damaged in an amount not yet determined and is entitled to recover damages pursuant to 35 U.S.C. § 284. Further, in view of Walmart's knowing or

willfully blind direct infringement that continues to this day, damages should be enhanced.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Multimedia prays for entry of judgment against Defendant Walmart as follows:

A. Determining that Walmart has infringed one or more claims of the ’003 Patent;

B. Ordering Walmart to account for and pay to Multimedia all damages suffered by Multimedia as a consequence of Walmart’s infringement of the ’003 Patent, together with pre and post judgment and interest and costs as fixed by the Court;

C. Declaring that Walmart’s infringement of the ’003 Patent was and is willful and trebling Multimedia’s damages under 35 U.S.C. § 284 on that basis;

D. Determining that Walmart has infringed one or more claims of the ’324 Patent;

E. Ordering Walmart to account for and pay to Multimedia all damages suffered by Multimedia as a consequence of Walmart’s infringement of the ’324 Patent, together with prejudgment and postjudgment interest and costs as fixed by the Court;

F. Declaring that Walmart’s infringement of the ’324 Patent was and is willful and trebling Multimedia’s damages under 35 U.S.C. § 284 on that basis;

G. Ordering that Walmart be ordered to pay supplemental damages to Multimedia, including interest, with an accounting, as needed, of all infringements or damages not presented at trial;

H. Declaring that this case is exceptional and awarding Multimedia its costs and attorney’s fees in accordance with 35 U.S.C. § 285; and

I. Granting Multimedia such other costs and further relief as the Court may deem just and Proper.

Respectfully Submitted,

*/s/ Michael W. Shore*

Michael W. Shore
Zachary Della Porta
5646 Milton Street, Suite 423
Dallas, TX 75206
(214) 593-9110
mshore@shorefirm.com
zdellaporta@shorefirm.com

Attorneys for Plaintiff

OFFOR EVANS PLLC

Chijioke E. Offor
Christopher L. Evans
Mockingbird Station
P.O. Box. 600053
Dallas, TX 75360
214-593-9121
chiji@offorevans.com
chris@offorevan.com

Attorneys for Plaintiff